UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

-------------------------------------------------------

DEBORAH A. PARKER, : CASE NO. 5:16-CV-278
:
    Plaintiff, :
:
vs. : OPINION & ORDER
: [Resolving Doc. 1]
COMMISSIONER SOCIAL SECURITY, :
:
    Defendant. :
:

-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On February 5, 2016, Plaintiff Deborah A. Parker filed a complaint seeking judicial review of the Defendant Commissioner of Social Security's decision to deny her non-disability retirement income benefits.[1] The Court referred the matter to Magistrate Judge William H. Baughman, Jr.

On May 5, 2017, Magistrate Judge Baughman issued a Report and Recommendation ("R&R") recommending that this Court affirm the Commissioner's decision.[2] Magistrate Judge Baughman found that because Plaintiff Parker never submitted a brief in support of her claim despite multiple extensions, an "obvious error" standard applies to her case.[3] Magistrate Judge Baughman found no obvious error in the denial of benefits.[4]

On May 26, 2017, Plaintiff Parker requested an extension to file objections to the R&R so that she could hire a lawyer.[5] The Court granted the extension.[6]

---

[1] Doc. 1.
[2] Doc. 36.
[3] *Id.* at 6.
[4] *Id.* at 7-8.
[5] Doc. 37.
[6] Doc. 38.

Case No. 5:16-CV-278
Gwin, J.

Objections were due June 30, 2017. Plaintiff Parker neither retained counsel nor filed objections.

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a Report and Recommendation to which the parties have made an objection.[7] Failure to timely object waives a party's right to appeal the magistrate's report.[8]

Absent objection, a district court may adopt the magistrate judge's report without review.[9] Moreover, having conducted its own review of the complaint and record, the Court agrees with the conclusions in the Report and Recommendation.

Accordingly, the Court **ADOPTS** in whole Magistrate Judge Baughman's Report and Recommendation and incorporates it fully herein by reference, and **DISMISSES** Plaintiff Parker's complaint.

IT IS SO ORDERED.

Dated: July 3, 2017  *s/    James S. Gwin*
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

---

[7] 28 U.S.C. § 636(b)(1)(C).
[8] *Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).
[9] *See Thomas*, 474 U.S. at 149.